RECEIVED
AUG 30 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Alicia Anne Kelly**

**Docket No. 0:01CR00288-002(MJD)**

**Petition on Probation**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Alicia Anne Kelly** who was sentenced for Aiding and Abetting Possession With the Intent to Distribute a Substance Containing a Detectable Amount of Methamphetamine on July 15, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Psychological/psychiatric counseling/treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit any crimes federal, state, or local.

STANDARD CONDITION: The defendant shall refrain from excessive use of alcohol.

On July 30, 2006, Ms. Kelly was arrested by the Waseca, Minnesota, Police Department and charged with Third Degree Driving Under the Influence of Alcohol and Leaving the Scene of an Accident. Arrest reports indicate Ms. Kelly's blood alcohol concentration was 0.22. On July 31, 2006, Ms. Kelly admitted to this officer that she operated a vehicle while intoxicated and drove a vehicle from the scene of an accident.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
AUG 30 2006
U.S. DISTRICT COURT MPLS

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 28 day of August 2006, and ordered filed and made a part of the records in the above case.

Michael J. Davis

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren Kerns

Darren F. Kerns
U.S. Probation Officer

Executed on August 15, 2006
Place Minneapolis

c: United States Sentencing Commission