Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Alicia Anne Kelly

Docket No. 0:01CR00288-002(MJD)

## HEARING WAIVER

I, Alicia Anne Kelly, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

The defendant shall abstain from the use of alcohol and other intoxicants.

Signed: ________________ Witness: ________________ 8/15/06

Alicia Anne Kelly
Probationer

Dated: 8/9/06

SCANNED
AUG 30 2006
U.S. DISTRICT COURT